**In re Joseph McCoy POWELL,
Petitioner.**

No. 13–1693.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Nov. 8, 2013.

Joseph McCoy Powell, Petitioner Pro
Se.

Before NIEMEYER, AGEE, and
KEENAN, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Joseph McCoy Powell petitions for a
writ of mandamus, alleging the district
court has unduly delayed acting on his 18
U.S.C. § 3582(c)(2) (2006) motion for re-
duction of sentence. He seeks an order
from this court directing the district court
to act. Our review of the district court's
docket reveals that the district court
granted relief on Powell's motion in an
order entered on October 11, 2013. Ac-
cordingly, because the district court has
recently decided Powell's case, we deny
the mandamus petition as moot. We grant
leave to proceed in forma pauperis. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*PETITION DENIED.*